# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0137
_____

JOSEPH PHILLIP DEANGELO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

June 11, 2019


PER CURIAM.

AFFIRMED.

WOLF, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Phillip Deangelo, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.